### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF NEW HAMPSHIRE

<u>William J. Carey</u>

    v.                            No. 05-fp-442

<u>Hillsborough County Department
of Corrections, Medical Department</u>

### ORDER GRANTING REQUEST TO
### PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed <u>in forma pauperis</u> is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number **05-cv-442-PB**.

**SO ORDERED.**

*/s/ James R. Muirhead*
_____
James R. Muirhead
United States Magistrate Judge

Date:    December 19, 2005

cc:      William J. Carey, *pro se*