UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>William J. Carey</u>

        v.                        Civil No. 05-cv-442-PB

<u>Correctional Medical Services</u>

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated March 6, 2006.

SO ORDERED.

March 21, 2006                    /s/ Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

cc:    William J. Carey, Pro se